```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

| | |
|---|---|
| PAUL PERKINS, Individually and on Behalf of a Class of all Persons Similarly Situated,<br><br>    Plaintiff<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Foreign Corporation,<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*   CASE NO. 3:05-CV-100 (CDL)<br>*<br>*<br>*<br>* |
| DOUGLAS BOREN, Individually and on Behalf of all Other Similarly Situated Persons,<br><br>    Plaintiff<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Foreign Corporation,<br><br>    Defendant | *<br>*<br>*<br>*<br>*   CASE NO. 3:06-CV-89 (CDL)<br>*<br>*<br>*<br>* |

O R D E R

    The case of *Douglas Boren v. American National Ins. Co.,* Case No. 3-06-CV-89 (M.D. Ga) ("*Boren* case") has been transferred to this Court by Order of the U.S. District Court for the Western District of Texas.  The reason for this transfer is that this Court is the appropriate court to determine the applicability of the "first filed rule" as it relates to this case and a similar case previously filed in this Court captioned *Perkins v. American National Ins. Co.,* Case No. 3-05-CV-100 (M.D. Ga)("*Perkins* case").

    For purposes of making sure that all issues relating to the "first filed rule" are fully addressed in the most efficient and

effective manner, the Court hereby consolidates the *Boren* case with the *Perkins* case subject to future severance if the Court concludes that consolidation is not appropriate. The case number for the consolidated case shall be the *Perkins* case number (No. 3:05-CV-100) since it is the older case and that number should be reflected on all future filings in this consolidated case.

Any party opposing consolidation shall have thirty days from the date of this Order to file its opposition to the consolidation, including a brief with all supporting legal authorities. Any party in favor of consolidation shall then have twenty days from the date of service of the opposition to file any response to the opposition to consolidation. The Court plans to schedule a hearing after the briefing has been completed. The parties should address in their submissions not only whether the two cases should be consolidated but whether the consolidated case should proceed in this Court.

IT IS SO ORDERED, this 1st day of November, 2006.

                                    S/Clay D. Land
                                        CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE