22

**STANDARD COMMON LAW ELEMENTS**

**OF BREACH OF CONTRACT AMONG THE 50 STATES**

**Proposition of law: The elements of breach of contract can be proved by showing: 1) a valid contract between the parties; 2) performance by the plaintiff (unless non-performance is justified); 3) breach by the defendant; and 4) damages.**

**Alabama**
*S.B. v. Saint James School*, 2006 WL 3530651 (Ala. 2006).

**Alaska**
*Sykes v. Melba Creek Mining, Inc.*, 952 P.2d 1164 (Alaska 1998).

**Arizona**
*Chartone, Inc. v. Bernini*, 83 P.3d 1103 (Ariz. App. Div. 2 2004).

**Arkansas**
*Perry v. Baptist Health*, 358 Ark. 238 (Ark. 2004).

**California**
*McKell v. Washington Mut., Inc.*, 49 Cal.Rptr.3d 227 (Cal.App.2.Dist. 2006).

**Colorado**
*City of Westminster v. Centric-Jones Constructors*, 100 P.3d 472 (Colo.App. 2003).

**Connecticut**
*Chiulli v. Zola*, 905 A.2d 1236 (Conn.App. 2006).

**Delaware**
*H-M Wexford LLC v. Encorp, Inc.*, 2003 WL 21254843 (Del. Ch. 2003)

**Florida**
*Rollins, Inc. v. Butland*, 31 Fla. L. Weekly D3148 (Fla.App.2.Dist. 2006).

**Georgia**
*Budget Rent-A-Car of Atlanta, Inc. v. Webb*, 469 S.E.2d 712 (Ga. App. 1996)

**Hawaii**
*PR Pension Fund v. Nakada*, 8 Haw.App. 480, 809 P.2d 1139 (1991).

**Idaho**
*State ex rel. Robins v. Clinger*, 72 Idaho 222, 227, 238 P.2d 1145, 1148-49 (Id. 1951).

**Illinois**
*Oliva v. Amtech Reliable Elevator Co.*, 2006 WL 1492429 (Ill.App.1.Dist. 2006).


PLAINTIFF'S EXHIBIT 22

**Indiana**
*U.S. Fidelity and Guar. Ins. Co. v. Hartson-Kennedy Cabinet Top Co., Inc.*, 2006 WL 3525181 (Ind.App. 2006).

**Iowa**
*Molo Oil Co. v. River City Ford Truck Sales, Inc.*, 587 N.W.2d 222, 224 (Iowa 1998).

**Kansas**
*Commercial Credit Corp. v. Harris*, 212 Kan. 310, 313, 510 P.2d 1322, 1325 (Kan. 1973)

**Kentucky**
*Duff v. Chaney*, 291 Ky. 308, 164 S.W.2d 483 (1942).

**Louisiana**
*Sevarg Co., Inc. v. Energy Drilling Co.*, 591 So.2d 1278 (La.App. 3 Cir. 1991).

**Maine**
*Maine Energy Recovery Co. v. United Steel Structures, Inc.*, 724 A.2d 1248, 1250 (Me. 1999).

**Maryland**
*Mathis v. Hargrove*, 2005 WL 3489259 (Md.Spec.App. 2005).

**Massachusetts**
*Singarella v. City of Boston*, 173 N.E.2d 290 (Mass. 1961).

**Michigan**
*Stuart v. Rudner*, 349 Mich. 459, 467-69, 84 N.W.2d 816, 822-23 (Mich. 1957)

**Minnesota**
*Commercial Associates, Inc. v. Work Connection, Inc.*, 2006 WL 997820 (Minn.App. 2006).

**Mississippi**
*Guinn v. Wilkerson*, 2006 WL 3199610 (Miss.App. 2006).

**Missouri**
*Emerald Pointe, L.L.C. v. Jonak*, 202 S.W.3d 652 (Mo.App.S.Dist. 2006).

**Montana**
*Lorash v. Epstein*, 236 Mont. 21, 24, 767 P.2d 1335, 1337 (Mont. 1989)

**Nebraska**
*Henriksen v. Gleason*, 263 Neb. 840 (Neb. 2002).

**Nevada**
*Saini v. International Game Technology*, 434 F.Supp.2d 913 (D.Nev. 2006).

**New Hampshire**
*Peter Salvucci & Sons, Inc. v. State*, 110 N.H. 138, 148, 268 A.2d 899, 907 (N.H. 1970).

**New Jersey**
*Coyle v. Englander's*, 199 N.J. Super. 212, 223, 488 A.2d 1083, 1089 (N.J. Super. 1985)

**New Mexico**
*McCasland v. Prather*, 92 N.M. 192, 585 P.2d 336 (N.M.App. 1978).

**New York**
*Commissioners of State Ins. Fund v. Branicki*, 2 Misc.3d 972 (N.Y.City Civ.Ct. 2004).

**North Carolina**
*Bob Timberlake Collection, Inc. v. Edwards*, 626 S.E.2d 315 (N.C.App. 2006).

**North Dakota**
*U.S. v. Basin Elec. Power Co-op*, 248 F.3d 781, 810 (8th Cir. 2001) (applying N.D. law).

**Ohio**
*Powell v. Grant Med. Ctr.*, 148 Ohio App. 3d 1, 10, 771 N.E.2d 874, 881 (Ohio 2002).

**Oklahoma**
*Digital Design Group, Inc. v. Information Builders, Inc.*, 2001 OK 21 (Okla. 2001).

**Oregon**
*Northwest Natural Gas Co. v. Chase Gardens, Inc.*, 333 Or. 312, 39 P.3d 846, 850 (Or. 2002).

**Pennsylvania**
*Boyd v. Rockwood Area School Dist.*, 907 A.2d 1157 (Pa.Cmwlth.App. 2006).

**Rhode Island**
*Petrarca v. Fidelity and Cas. Ins. Co.*, 884 A.2d 406, 410 (R.I. 2005)

**South Carolina**
*Tomlinson v. Mixon*, 367 S.C. 467, 626 S.E.2d 43 (S.C.App. 2006).

**South Dakota**
*Weitzel v. Sioux Valley Heart Partners*, 2006 SD 45 (S.D. 2006).

**Tennessee**
*Ingram v. Cendant Mobility Financial Corp.*, --- S.W.3d ----, 2006 WL 2843226 (Tenn.Ct.App., Oct 05, 2006).

**Texas**
*Hussong v. Schwan's Sales Enterprises, Inc.*, 896 S.W.2d 320, 326 (Tex. App. 1995).

**Utah**
*MBNA America Bank, N.A. v. Goodman*, 140 P.3d 589 (Utah.App. 2006).

**Vermont**
*Lapoint v. Dumont Const. Co.*, 128 Vt. 8, 258 A.2d 570 (Vt. 1969).

**Virginia**
*Ulloa v. QSP, Inc.*, 624 S.E.2d 43 (Va. 2006).

**Washington**
*Lehrer v. State, Dept. Soc. Services*, 101 Wash. App. 509, 516, 5 P.3d 722, 727 (Wash. 2000).

**West Virginia**
*Mason County Bd. of Educ. v. State Superintendent of Schools*, 170 W.Va. 632, 295 S.E.2d 719 (W.Va. 1982).

**Wisconsin**
*Brew City Redevelopment Group, LLC v. The Ferchill Group*, 2006 WI App 39 (Wis.App. 2006).

**Wyoming**
*Reynolds v. Tice*, 595 P.2d 1318 (Wyo. 1979).