23

ALL 50 STATES APPLY THE CONTRA PROFERENTUM RULE OF
INTERPRETING CONTRACT AMBIGUITIES IN FAVOR OF THE
INSURED

**Alabama**
*Commercial Standard Ins. Co. v. General Trucking Co.*, 423 So.2d 168 (Ala. 1982)

**Alaska**
*State Farm Fire and Cas. Co. v. Bongen*, 925 P.2d 1042 (Alaska 1996)

**Arizona**
*Allied Mut. Ins. Co. v. Peck*, 416 P.2d 1003 (Ariz.App. 1966)

**Arkansas**
*Carver v. Allstate Ins. Co.*, 77 Ark.App. 296 (Ark.App. 2002)

**California**
*20th Century Ins. Co. v. Superior Court*, 109 Cal.Rptr.2d 611 (Cal.App.2.Dist. 2001)

**Colorado**
*Hoang v. Assurance Co. of America*, 149 P.3d 798 (Col. 2007)

**Connecticut**
*Connecticut Ins. Guar. Ass'n v. Fontaine*, 278 Conn. 779 (2006)

**Delaware**
*Continental Ins. Co. v. Burr*, 706 A.2d 499 (Del. 1998)

**Florida**
*Mitchel v. Cigna Property and Cas. Ins. Co.*, 625 So.2d 862 (Fla.App.3.Dist. 1993)

**Georgia**
*Travelers Ins. Co. v. Mixon*, 162 S.E.2d 830 (Ga. App. 1968)

**Hawaii**
*Tri-S Corp. v. Western World Ins. Co.*, 2006 WL 1352481 (Hawaii 2006)

**Idaho**
*Clark v. Prudential Prop. & Cas. Ins. Co.*, 138 Idaho 538, 541 (Idaho 2003)

**Illinois**
*Maka v. Illinois Farmers Ins. Co.*, 772 N.E.2d 895 (Ill.App.1.Dist. 2002)

**Indiana**
*Beam v. Wausau Ins. Co.*, 2002 WL 231409 (Ind. 2002)


PLAINTIFF'S EXHIBIT 23

**Iowa**
*Hamm v. Allied Mut. Ins. Co.*, 612 N.W.2d 775, 778 (Iowa 2000)

**Kansas**
*Schartz v. Kan. Health Ins. Ass'n*, 275 Kan. 515, 519 (Kan. 2003)

**Kentucky**
*Wine v. Globe American Cas. Co.*, 917 S.W.2d 558 (Ky. 1996)

**Louisiana**
*Continental Auto. Ass'n, Inc. v. Hansen*, 334 So.2d 437 (La. App. 4 Cir. 1976)

**Maine**
*Pelkey v. GE Capital Assur. Co.*, 804 A.2d 385, 387-388 (Me. 2002)

**Maryland**
*Clendenin Bros., Inc. v. U.S. Fire Ins. Co.*, 2006 WL 27432 (Md. 2006) (holding that ambiguities are usually resolved against the drafter of a contract)

**Massachusetts**
*Simon v. National Union Fire Ins. Co. of Pittsburgh, PA*, 57 Mass.App.Ct. 350 (Mass.App. 2003)

**Michigan**
*Klapp v. United Ins. Group Agency, Inc.*, 468 Mich. 459, 472 (Mich. 2003)

**Minnesota**
*Thommes v. Milwaukee Ins. Co.*, 2002 WL 575928 (Minn. 2002)

**Mississippi**
*Mississippi Farm Bureau Mut. Ins. Co. v. Jones*, 754 So.2d 1203 (Miss. 2000)

**Missouri**
*Tapley v. Shelter Ins. Co., 2002 WL 31887731* (Mo.App.S.Dist. 2002)

**Montana**
*Lane v. Farmers Union Ins.*, 1999 MT 252, P33 (Mont. 1999)

**Nebraska**
*General Credit Corp. v. Imperial Cas. & Indem. Co.*, 95 N.W.2d 145 (Neb.1959)

**Nevada**
*North Am. Life & Cas. Co. v. Gingrich*, 538 P.2d 163 (Nev. 1975)

**New Hampshire**
*Kelly v. Prudential Prop. & Cas. Ins. Co.*, 147 N.H. 642, 643, 796 A.2d 156

(2002)(citing Trombly v. Blue Cross/Blue Shield, 120 N.H. 764, 770, 423 A.2d 980 (1980)).

**New Jersey**
*United States Mineral Prods. Co. v. Am. Ins. Co.*, 792 A.2d 500, 506 (N.J. Super. 2002)

**New Mexico**
*Computer Corner, Inc. v. Fireman's Fund Ins. Co.*, 46 P.3d 1264 (N.M.App. 2002)

**New York**
*Roofers' Joint Training, Apprentice and Educational Committee of Western New York v. General Acc. Ins. Co. of America*, 713 N.Y.S.2d 615 (N.Y.A.D. 4 Dept. 2000)

**North Carolina**
*Barnes v. Erie Ins. Exchange*, 576 S.E.2d 681 (N.C.App. 2003)

**North Dakota**
*Northwest G.F. Mut. Ins. Co. v. Norgard*, 518 N.W.2d 179, 183 (N.D. 1994)

**Ohio**
*T.A.P. on Tap, Inc. v. Sardis*, 2000 Ohio App. LEXIS 2740 (Ohio Ct. App. 2000)

**Oklahoma**
*Roads West, Inc. v. Austin*, 91 P.3d 81 (Ok. Civ. App. Div. 1 2003)

**Oregon**
*St. Paul Fire & Marine Ins. Co. v. McCormick & Baxter Creosoting Co.*, 324 Ore. 184, 192-193 (Or. 1996)

**Pennsylvania**
*Wagner v. Erie Ins. Co.*, 2002 Pa. Super. 166 (Pa. Super. 2002)

**Rhode Island**
*Textron, Inc. v. Aetna Cas. & Sur. Co.*, 754 A.2d 742, 748 (R.I. 2000)

**South Carolina**
*Town of Duncan v. State Budget and Control Bd., Div. of Ins. Services*, 482 S.E.2d 768 (S.C. 1997)

**South Dakota**
*Chord v. Reynolds*, 587 N.W.2d 729 (S.D. 1999)

**Tennessee**
*NSA DBA Benefit Plan, Inc. v. Connecticut General Life Ins. Co.*, 968 S.W.2d 791 (Tenn.App. 1997)

**Texas**
*State Farm Fire & Cas. Co. v. Vaughan*, 968 S.W.2d 931, 933 (Tex. 1998)

**Utah**
*Farmers Ins. Exchange v. Versaw*, 507 Utah Adv. Rep. 13 (Utah 2004)

**Vermont**
*Hardwick Recycling & Salvage, Inc. v. Acadia Ins. Co.*, 869 A.2d 82 (Vt. 2004)

**Virginia**
*Pilot Life Ins. Co. v. Crosswhite*, 145 S.E.2d 143 (Va. 1965)

**Washington**
*Boeing Co. v. Aetna Cas. and Sur. Co.*, 784 P.2d 507 (Wash.1990)

**West Virginia**
*Auber v. Jellen*, 469 S.E.2d 104 (W.Va. 1996)

**Wisconsin**
*Tri City Nat. Bank v. Federal Ins. Co.*, 674 N.W.2d 617 (Wis. 2003)

**Wyoming**
*T.M. ex rel. Cox v. Executive Risk Indem. Inc.*, 2002 Wy. 179 (Wyo. 2002)

Pangburn depo-50 pages
Perkins Retail Installment Sales Contract
Perkins Certificate
ANICO Forms Contract Refund Provisions Appendix
ANICO Forms Contract Termination of Coverage Appendix
O'Brien & Roddy Article: "Unrefunded Credit Insurance Premiums
Exemplar Form Contracts
Affidavit of Paul Perkins
ANICO Form Appendix-Notice Requirement
Goulette Aff
Baptiste Depo (Could cite to specific pages of depo instead of attaching entire 200+ pages)
Baptiste Aff
Toole Class Cert Order
Toole Cert Denial
Pierce Class Cert Order
Reller Class Cert Order
Ballard Class Cert Order
Gibson Class Cert Order
Coley Class Cert Order
Gross Rog Responses
Consumer Bankers Association Report (Aff of Brandon)
2004 Non-Prime Automotive Financing Survey pp. 9-11 (KM Affidavit)
ANICO Minimum Refund Appendix
ANICO SOL Appendix
ANICO State Refund Laws Appendix
Contract Law Appendix
Breach of Contract Law Appendix
Contra Preferentum Law Appendix
Limitations Period Appendix
Perkins rog responses
Perkins RFA responses
Butler Aff
Philips Aff
Daniel letters of 3/28/06, 4/5/06, 6/1/06 and 1/30/07 (listing average refund amount per state)
Toole 3/5 Order
Toole 3/8 Order