Exhibit "A", *Affidavit of Joel O. Wooten* and Exhibit "C", *Affidavit of James E. Butler*, Jr. will be supplemented.