UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **PAUL PERKINS, Individually and on Behalf of a Class of all Persons Similarly Situated** § § § § <br><br> v. § <br> § <br> **AMERICAN NATIONAL INSURANCE COMPANY, a Foreign Corporation** § § § § | CIVIL ACTION NO.: 3:05-CV-100 (CDL) |

Before me appeared Carlos Delgado and, upon his/her oath duly administered, stated the following:

1. My name is Carlos Delgado. I am over 21 years of age, have never been convicted of a felony or crime involving moral turpitude, am otherwise competent to make this affidavit, and have personal knowledge of the facts stated in this affidavit.

2. I am a Director of Accounting and Operations for the Credit Insurance Division with American National Insurance Company ("ANICO").

3. I am familiar with the class action styled *Perkins v. American National Insurance Company*, No. 3:05-CV-100 (CDL) pending in the United States District Court, Middle District of Georgia, Athens Division (the "Lawsuit").

4. I was actively involved in managing portions of ANICO's effort to collect information needed for resolving the dispute forming the basis of the Lawsuit. I have personal knowledge concerning most of ANICO's efforts to locate customer information for purposes of defining the class list.

5. Between May of 2007 and October of 2008, ANICO collected significant information from its own records, from dealerships, agents and lenders involved in credit and

1

disability policies. ANICO used the information it received as a result of its pursuits and matched it with its own records to determine a final class list. The number of policies within the class was 94,415 and the total amount of refunds that would be due on these policies was $22,052,445.75 million. ANICO sent the class list with names and address to a mailing company to have them mail the class notice to each of the class members. As of November 29, 2008 the mail company informed ANICO that notices had been mailed by first class mail for each of the policies making up the class list. Since the date the notices were mailed, ANICO records show that the company received over 2,100 phone calls from individuals related to the notices. As of the signing of this Affidavit, ANICO had received and processed only nine requests to opt out of the settlement class and we identified one ANICO employee. As of January 5, 2009 ANICO also received 15,913 returned letters. ANICO re-mailed 3,459 of these letters because the return provided a forwarding address. ANICO also received 137 letters returned because the person was "temporarily away" from their mailing address. ANICO continued to process returned mail, potential opt outs, objections and exceptions through December 31, 2008.

_____
Carlos Delgado

SWORN and SUBSCRIBED to before me by Carlos Delgado on this 7th day of January, 2009.

_____
**Notary Public in and for the State of Texas**

2