# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon the following parties via electronic notification on this 7th day of January, 2009:

By: /s/Joel O. Wooten

| | |
|---|---|
| Austin Tighe<br>Vic Feazell<br>FEAZELL & TIGHE, L.L.P.<br>6300 Bridgepoint Parkway<br>Bridgepoint 2, Suite 220<br>Austin, Texas  78730<br><br>*Attorneys for Plaintiff*<br>*Douglas Boren* | James E. Butler, Jr.<br>Joel O. Wooten<br>BUTLER, WOOTEN & FRYHOFER, LLP<br>105 Thirteenth Street<br>Columbus, Georgia  31902<br><br>Ben B. Philips<br>PHILIPS-BRANCH<br>P.O. Box 2808<br>Columbus, Georgia  31902<br><br>Samuel W. Oates<br>OATES & COURVILLE<br>P.O. Box 20<br>Columbus, Georgia  31902<br><br>Charles A. Gower<br>C. Austin Gower, Jr.<br>Teresa T. Abell<br>CHARLES A. GOWER, P.C.<br>P.O. Box 5509<br>Columbus, Georgia  31902<br><br>William B. Hardegree<br>Gregory S. Ellington<br>HATCHER, STUBBS, LAND,<br>HOLLIS & ROTHSCHILD, LLP<br>P.O. Box 2707<br>Columbus, Georgia  31902<br><br>Shannon H. Ratliff<br>Lisa A. Paulson<br>RATLIFF LAW FIRM, P.L.L.C.<br>600 Congress Avenue, Suite 3100<br>Austin, Texas  78701<br><br>*Attorneys for Plaintiff*<br>*Paul Perkins* |